**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

KRISTEN NICOLE BRUCE,
an individual,   Case No. 8:12-cv-01561-SCB-MAP

      Plaintiff,
v.

OCWEN LOAN SERVICING, LLC,
a foreign limited liability company,

      Defendant.
_____/

## CASE MANAGEMENT REPORT

    1.    <u>Meeting of Parties</u>:  Pursuant to Local Rule 3.05(c)(2)(B), a meeting was held on September 26, 2012, at 2:00 p.m. ET by telephone between:

| <u>Name:</u> | <u>Counsel for:</u> |
|---|---|
| Ian R. Leavengood, Esq. | Kristen Nicole Bruce, Plaintiff |
| Jacqueline Simms-Petredis, Esq. | Ocwen Loan Servicing, LLC, Defendant |

    2.    Fed.R.Civ.P. 26(a)(1), as amended, effective December 1, 2000, Pre-Discovery Initial Disclosures:

The Parties:

___**X**___    have exchanged information referenced by Fed. R. Civ. P. 26(a)(1)(A)-(D) or agree to exchange such information on or before **December 21, 2012**.

_____    stipulate to not disclose information referenced by Fed. R. Civ. P. 26(a)(1)(A)-(D) for the specific reason(s) that: _____
_____
_____

_____    have been unable to reach agreement on whether to disclose information referenced by Fed. R. Civ. P. 26(a)(1)(A)-(D). (Identify party or parties) _____ objects to disclosure of such information for the specific reason(s) that: _____
_____
_____

3.   Discovery Plan – Plaintiff: The parties jointly propose the following Plaintiff's discovery plan:

a.   Plaintiff's Planned Discovery: A description of every discovery effort Plaintiff plans to pursue is described below. The description of each discovery effort will be listed under the appropriate heading below and will include the subject matter of the discovery and the time during which the discovery will be pursued:

(1)   Requests for Admission: Plaintiff's Request for Admissions will be served on all of the Defendants on or before: **At least 30 days prior to the final cut-off date of discovery and in accordance with Fed.R.Civ.P. 36.**

Number of Requests for Admission: Parties may seek to limit the number of Plaintiff's requests for admission in accordance with Fed.R.Civ.P. 26(b)(2). Any such request must be made in paragraph 6 below and approved by the court.

(2)   Written Interrogatories: Plaintiff's written interrogatories will be served on all of the Defendants on or before: **At least 30 days prior to the final cut-off date of discovery and in accordance with Fed.R.Civ.P. 33.**

Number of Interrogatories: Local Rule 3.03(a) provides "[u]nless otherwise permitted by the Court for cause shown, no party shall serve upon any other party, at one time or cumulatively, more than twenty-five (25) written interrogatories pursuant to Rule 33, Fed.R.Civ.P., including all parts and subparts." Any request by Plaintiff to exceed this limit must be made in paragraph 6 below and approved by the court.

(3)   Requests for Production or Inspection: Plaintiff's Requests for Production will be served on Defendant on or before: **At least 30 days prior to the final cut-off date of discovery and in accordance with Fed.R.Civ.P. 34.**

(4)   Oral Deposition: Plaintiff may take the deposition of the person most knowledgeable at a time acceptable to all parties, to be completed on or before: **The final cut-off date of discovery, and in accordance with Fed.R.Civ.P. 30.**

Number of Depositions: Local Rule 3.02(b) provides, "[i]n accordance with Fed.R.Civ.P. 30(a)(2)(A), no more than ten depositions per side may be taken in any case unless otherwise ordered by the Court." Any request by Plaintiff to exceed this limit must be made in paragraph 6 below and approved by the Court.

Time Permitted for Each Deposition: Each deposition is limited to one day of seven hours in accordance with Fed.R.Civ.P. 30(d)(2) unless extended by agreement of the parties or order of the Court.

      b.    <u>Disclosure of Expert Testimony</u>: Parties stipulate, in accordance with Fed.R.Civ.P. 26(a)(2)(C), that Plaintiff's Fed.R.Civ.P. 26(a)(2) disclosure will be due: **January 14, 2013.**

      c.    <u>Supplementation of Disclosures and Response</u>: Parties agree that Plaintiff's supplementation under Fed.R.Civ.P. 26(e) will be provided at the following times: **Within 14 days after discovery of additional information.**

      d.    <u>Completion of Discovery</u>: Plaintiff will commence all discovery in time for it to be completed on or before **September 16, 2013** ("Cut-Off Date").

4.    <u>Discovery Plan – Defendant</u>: The parties jointly propose the following Defendant's discovery plan:

      a.    <u>Defendant's Planned Discovery</u>: A description of every discovery effort Defendant plans to pursue is described below. The description of each discovery effort will be listed under the appropriate heading below and will include the subject matter of the discovery and the time during which the discovery will be pursued:

      (1)    <u>Requests for Admission</u>: Defendant's Request for Admissions will be served on all of the Plaintiffs on or before: **At least 30 days prior to the final cut-off date of discovery and in accordance with Fed.R.Civ.P. 36.**

Number of Requests for Admission: Parties may seek to limit the number of Defendant's requests for admission in accordance with Fed.R.Civ.P. 26(b)(2). Any such request must be made in paragraph 6 below and approved by the court.

      (2)    <u>Written Interrogatories</u>: Defendant's written interrogatories will be served on all of the Plaintiffs on or before: **At least 30 days prior to the final cut-off date of discovery and in accordance with Fed.R.Civ.P. 33.**

Number of Interrogatories: Local Rule 3.03(a) provides "[u]nless otherwise permitted by the Court for cause shown, no party shall serve upon any other party, at one time or cumulatively, more than twenty-five (25) written interrogatories pursuant to Rule 33, Fed.R.Civ.P., including all parts and subparts." Any request by Defendant to exceed this limit must be made in paragraph 6 below and approved by the court.

      (3)    <u>Requests for Production or Inspection</u>: Defendant's Requests for Production will be served on Plaintiff on or before: **At least 30 days prior to the final cut-off date of discovery and in accordance with Fed.R.Civ.P. 34.**

      (4)    <u>Oral Deposition</u>: Defendant expects to take the deposition of the Plaintiff at a time acceptable to all parties, to be completed on or before: **The final cut-off date of discovery, and in accordance with Fed.R.Civ.P. 30.**

Number of Depositions: Local Rule 3.02(b) provides, "[i]n accordance with Fed.R.Civ.P. 30(a)(2)(A), no more than ten depositions per side may be taken in any case unless otherwise ordered by the Court." Any request by Defendant to exceed this limit must be made in paragraph 6 below and approved by the Court.

Time Permitted for Each Deposition: Each deposition is limited to one day of seven hours in accordance with Fed.R.Civ.P. 30(d)(2) unless extended by agreement of the parties or order of the Court.

b.   Disclosure of Expert Testimony: Parties stipulate, in accordance with Fed.R.Civ.P. 26(a)(2)(C), that Defendant's Fed.R.Civ.P. 26(a)(2) disclosure will be due as noted here: **February 14, 2012.**

c.   Supplementation of Disclosures and Response: Parties agree that Defendant's supplementation under Fed.R.Civ.P. 26(e) will be provided at the following times: **Within 14 days after discovery of additional information.**

d.   Completion of Discovery: Defendant will commence all discovery in time for it to be completed on or before the Cut-Off Date.

5.   Joint Discovery Plan – Other Matters: Parties agree on the following other matters relating to discovery (*e.g.*, handling of confidential information, assertion of privileges, whether discovery should be conducted in phases or be limited to or focused upon particular issues): **None at this time.**

6.   Disagreement or Unresolved Issues Concerning Discovery Matters: Any disagreement or unresolved issue will not excuse the establishment of discovery completion dates. The parties are unable to agree as to the following issues of discovery: **None at this time.**

7.   Third Party Claims, Joinder of Parties, Potentially Dispositive Motions: Parties agree that the final date for filing motions for leave to file third party claims, or motions to join parties should be: **June 14, 2013.** The final date of filing motions for summary judgment, and all other potentially dispositive motions should be: **October 14, 2013.**

8.   Settlement and Alternative Dispute Resolution:

   a.   Settlement
        Parties agree that settlement is:
        **X**   likely
        ___   unlikely

   b.   Mediation
        Certified Mediator: Traci Stevenson
        Deadline for Mediation: March 18, 2013
        Location of Mediation: TBD

9. Parties agree to consent to trial presided over by United States Magistrate Judge (which will afford the parties a better opportunity for a "date certain" trial):

      __   yes
      __   no
      **X**   likely to agree in future

10. <u>Preliminary Pretrial Conference</u>:   Local Rule 3.05(c)(2)(D) provides that preliminary pretrial conferences are not mandatory in Track Two Cases. Parties:

      __   request
      **X**   do not request

a preliminary pretrial conference before entry of a Case Management and Scheduling Order in this Track Two case. Unresolved issues to be addressed at such a conference include: **None at this time.**

11. <u>Final Pretrial Conference and Trial</u>:  Parties agree that they will be ready for a final pretrial conference on or after **November 15, 2013** and for trial on or after **December 16, 2013.** This **Jury** trial is expected to take approximately **1-2 days**.

12. <u>Pretrial Disclosures and Final Pretrial Procedures</u>: Parties acknowledge that they are aware of and will comply with pretrial disclosures requirements in Fed.R.Civ.P. 26(a)(3) and final retrial procedures requirements in Local Rule 3.06.

13. <u>Other Matters</u>: **None at this time.**

Date: October 15, 2012            /s/ Ian R. Leavengood
                                         **Ian R. Leavengood, Esq, FBN 0010167**
                                           Counsel for Plaintiff
                                           Leavengood, Nash, Dauval & Boyle, P.A.
                                           3900 First Street North, Suite 100
                                           St. Petersburg, FL 33703
                                           Phone: 727.327.3328
                                           Fax: 727.327.3305
                                           Email: ileavengood@leavenlaw.com

Date: October 15, 2012            /s/ Jacqueline Simms-Petredis
                                           **Jacqueline Simms-Petredis, Esq., FBN 906751**
                                           Counsel for Defendant
                                           Akerman Senterfit
                                           401 East Jackson Street, Suite 1700
                                           Tampa, FL 33602
                                           Phone: (813) 223-7333
                                           Fax: (813) 223-2837
                                           Email: jacqueline.simms-petredis@akerman.com