UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

KRISTEN NICOLE BRUCE,
    Plaintiff,

v.

CASE NO.: 8:12-cv-01561-SCB-MAP

OCWEN LOAN SERVICING, LLC,
    Defendant.
_____/

## MEDIATOR'S NOTICE OF SETTLEMENT

James R. Betts, the undersigned mediator, advises this court that the parties' mediation conference on March 12, 2013, attended by Ian R. Leavengood, Esq., Aaron M. Swift, Esq., Ms. Kristen Nicole Bruce, Gary A. Barnes, Esq., Kathleen G. Furr, Esq. and Ms. Gina Johnson, resulted in a complete settlement.

### Certificate of Service

I hereby certify that on March 15, 2013 I electronically filed a copy of this notice with the Clerk of the District Court, and served true copies of this notice upon the following:

Ian R. Leavengood, Esq.       Gary A. Barnes, Esq.
Aaron M. Swift, Esq.       Kathleen G. Furr, Esq.
Fax: (727) 327-3305       Fax: (404) 238-9787

by using the CM/ECF system.

_____
James R. Betts, Esq.
FBN 327786
Mediation Cert. #10773R
710 S. Boulevard
Tampa, Florida 33606-2903
(813) 254-3302
(813) 254-5322 fax
JBETTS@TAMPABAY.RR.COM